# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

MANOJ MOTWANI,

              V.                          **JUDGMENT IN A CIVIL CASE**

JOHN LEE ALVAREZ,

                                    **CASE NUMBER:**    09 CV 2675 JM (JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby dismisses the action. The Clerk of the Court is directed to close the file....................................................................................................................................................................................................................................................................................................

| January 21, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON January 21, 2010 |

09cv2675-JM(JMA)